UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **21-4136**

Case Title: **Delonte Lunn** vs. **United States of America**

List all clients you represent in this appeal:

**United States of America**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☑ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Vasile C. Katsaros**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jason Manion, AUSA**   Signature: s/ **Jason Manion**

Firm Name: **Office of the United States Attorney**

Business Address: **United States Courthouse, 801 W. Superior Avenue, Suite 400**

City/State/Zip: **Cleveland, Ohio  44113**

Telephone Number (Area Code): **(216) 622-3781**

Email Address: **Jason.Manion@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---