UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| DELANTE L. LUNN, | ) | NO. 21-4136 |
|     Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | APPELLEE'S MOTION FOR |
|     Respondent-Appellee. | ) | A 30-DAY EXTENSION OF |
| | ) | TIME WITHIN WHICH TO |
| | ) | FILE APPELLEE'S BRIEF |
| _____ | ) | |

    Plaintiff-Appellee, the United States of America, through undersigned counsel, respectfully moves this Court for a 30-day extension of time, until March 29, 2023, within which to file the United States' brief. The requested extension is not for any purpose of delay, but to ensure a complete response to Petitioner-Appellant Delante Lunn's brief, which raises an ineffective-assistance-of-trial-counsel claim that a panel of this Court found merited a certificate of appealability.

    The United States' brief is due on February 27, 2023. Undersigned counsel was assigned this appeal on February 3, 2023, but had briefs in two other appeals in this Court that were due before the brief in this appeal. The first, in *United States v. Jarmaine Carter*, No. 22-3699, was due (and filed) on February 8, 2023, and the second, in *United States v. Brandon Bethune*, No. 22-3688, was due (and filed) on February 22, 2023. Undersigned counsel was also responsible for

1

assisting with sentencing issues in multiple district court cases during this period. Unfortunately, because of this caseload, undersigned counsel needs additional time in which to complete a thorough response to Lunn's brief.

The United States therefore respectfully requests that the Court grant a 30-day extension, until March 29, 2023, within which to file the United States' brief. This is the United States' first extension request in this matter. Lunn's counsel has indicated that he does not oppose the United States' request.

        Respectfully submitted,

        MICHELLE M. BAEPPLER
        First Assistant United States Attorney
        Northern District of Ohio

By:   /s/ *Jason Manion*
       Jason Manion
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio 44113
       (216) 622-3781
       (216) 522-7358 (facsimile)
       Jason.Manion@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 23, a copy of the foregoing Appellee's Motion for a 30-day Extension of Time Within Which to File Appellee's Brief, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ *Jason Manion*
                                          Jason Manion
                                          Assistant United States Attorney