No. 21-4136
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
_____

DELANTE L. LUNN,

                Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

                Respondent-Appellee.

_____

**On Appeal from the United States District Court for the Northern District of Ohio, Case No. 1:21-CV-87 (1:16-CR-258)**

_____

# APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

_____

Pursuant to Sixth Circuit Rule 26, Appellant Delante L. Lunn respectfully moves this Court for an order extending the deadline to file his reply brief for 21 days, up to and including May 10, 2023. Mr. Lunn's brief is presently due on April 19, 2023. In support of this motion, counsel states that this is a relatively complex case, and the government has submitted an extensive opposition brief. Further, defense counsel—a solo practitioner—has recently been ill and thus impeded from making significant progress on Mr. Lunn's reply brief to date.

Accordingly, additional time is necessary to ensure an appropriate reply can be crafted and filed. Mr. Lunn has not previously sought or obtained an extension of this deadline. Counsel for the government has been consulted and does not oppose this motion.

Mr. Lunn is presently in custody.

Dated:  April 12, 2023            Respectfully submitted,

/s/ Emmett E. Robinson
Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio 44102
Telephone: (216) 505-6900
Facsimile: (216) 549-0508
erobinson@robinsonlegal.org

*Attorney for Petitioner-Appellant
Delante L. Lunn*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Appellant's Motion for Extension of Time to File Reply Brief was filed electronically with the Court on April 12, 2023. Counsel of record will receive notice of and access to the filing via the Court's electronic system.

<u>/s/ Emmett E. Robinson</u>
Emmett E. Robinson

*Attorney for Petitioner-Appellant*
*Delante L. Lunn*