## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: April 17, 2023

Mr. Emmett Robinson  
Robinson Law Firm  
6600 Lorain Avenue  
Suite 731  
Cleveland, OH 44102

Re:   Case No. 21-4136, *Delante Lunn v. USA*  
Originating Case No. : 1:21-cv-00087 : 1:16-cr-00258-1

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **May 10, 2023**.

Sincerely yours,

s/Jill E Colyer  
Case Management Specialist  
Direct Dial No. 513-564-7024

cc:  Mr. Jason D. Manion