# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 21-4136

2. Case Caption (Short Title): Delante L. Lunn v. United States of America

3. Argument is scheduled for 9:00 a.m. on July 27, 2023 and will be held:

   ☑ Live (In Person)     ☐ by Video     ☐ by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: 216-509-1987

4. I, Jason Manion, will be presenting argument on behalf of:

   ☐ Appellant / Petitioner     ☐ Amicus Curiae     ☐ Other (please specify below):
   ☑ Appellee / Respondent     ☐ Intervenor     _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): United States of America

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____     B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____     D. Your assigned minutes: ____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   <u>Docketing Instructions</u>:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Jason Manion

---

*Click here to see a completed example of this form.*