## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 12, 2023

Mr. Jason D. Manion
Office of the U.S. Attorney
801 W. Superior Avenue, Suite 400
Cleveland, OH 44113

Mr. Emmett Robinson
Robinson Law Firm
6600 Lorain Avenue, Suite 731
Cleveland, OH 44102

Re: Case No. 21-4136, *Delante Lunn v. USA*
Time Change of Oral Argument -- Wednesday, July 26, 2023

Dear Counsel:

Please be advised that the above-referenced oral argument will now begin at **10:30 a.m. (Eastern Time)** on the date noted above. Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, in Cincinnati, Ohio on Wednesday, July 26, 2023 no later than 10:00 a.m. Court will convene promptly at 10:30 a.m.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy