**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 16, 2023

Mr. Jason D. Manion
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Mr. Emmett Robinson
Robinson Law Firm
6600 Lorain Avenue
Suite 731
Cleveland, OH 44102

      Re: Case No. 21-4136, *Delante Lunn v. USA*
         Originating Case No. : 1:21-cv-00087 : 1:16-cr-00258-1

Dear Counsel,

  The Court issued the enclosed opinion today in this case.

  Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                Sincerely yours,

                s/Cathryn Lovely
                Opinions Deputy

cc: Ms. Sandy Opacich

Enclosures

Mandate to issue