FROM: 64243060
TO:
SUBJECT: En Banc
DATE: 08/25/2023 12:45:37 PM

RECEIVED
SEP 05 2023
DEBORAH S. HUNT, Clerk

August 25, 2023

United States Court of Appeals
For the Sixth Circuit

NO: 21-4136
(1:16-CR-258)

United States of America,

V.

Delante L. Lunn

Petition for rehearing and for rehearing En Banc (FRAP 35 B2)

Statement/Issue 1: The panel misinterpreted Hinton V. Alabama. The rule of law established by the case "requires' not just the counsel retain some expert but that he/she retain an expert which actually is qualified to testify at the issue at hand. The supreme Court said unanimously in that case, there are instances in which "effectively rebutting [The Government's] case requires a competent expert on the defense's side". This was just such a case. And there was no defense expert competent to testify cause of death in wich the cuase of death was the linchpin of the case.

Statement/Issue 2: The panel faulted me for not obtaining testimony from trial counsel that his decision not to engage an expert on cause of death was not "strategic". but the panel ignored the fact that the trial court denied my request for a hearing and so I never got to question trial counsel about his reasoning. The panel also completely ignored the fact that my trial counsel, in his brief opposing the government's pretrial motion to keep the expert he did retain from testifying on cause of death, explicitly admitted that he sought to use that expert (Who wasn't qualified) to testify on the cause of death. The panel thus wrongly ignored facts in the record that were inconvenient to its holding.

Respectfully Submitted,

Delante L. Lunn
Pro-Se

