## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 11, 2023

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

        Re: Case No. 21-4136, *Delante Lunn v. USA*
            Originating Case No. : 1:21-cv-00087 : 1:16-cr-00258-1

Dear Ms. Opacich,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Mackenzie A. Collett
                                            For Jill Colyer

cc: Mr. Jason D. Manion
     Mr. Emmett Robinson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-4136

_____

Filed: October 11, 2023

DELANTE L. LUNN

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 08/16/2023 the mandate for this case hereby issues today.

COSTS: None